**ORIGINAL**

**FILED** NOV 03 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**ENTERED** NOV 12 2009

LODGED

1 ELIZABETH F. ROJAS,
CHAPTER 13 TRUSTEE
2 15060 VENTURA BOULEVARD
SUITE 240
3 SHERMAN OAKS, CALIFORNIA 91403
PHONE:       (818) 933-5700
4 FACSIMILE:  (818) 933-5755

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

In re:                              ) Case No. ND 08-10067-RR
                                    )
DEBBIE MOORE,                       ) ORDER DISMISSING CHAPTER 13 PETITION
                                    ) DUE TO FAILURE OF DEBTOR TO PROVIDE
         Debtor(s)                  ) TAX RETURNS AND PAY TAX REFUNDS
                                    ) AND SURPLUS INCOME INTO THE PLAN.
                                    )
                                    ) Date:      September 10, 2009
                                    ) Time:      10:00 a.m.
                                    ) Location:  Courtroom 201
                                    )            1415 State Street
                                    )            Santa Barbara, CA 93101
                                    )

Oral and/or written notice of the continued hearing date having been served by the Trustee upon the debtor(s), and the debtor(s) having failed to provide the Trustee with the required tax returns, and good cause appearing,

**IT IS THEREFORE ORDERED**:

1. That all stay and restraining orders arising under 11 U.S.C. 362(a) and 1301 are vacated and dissolved; and that

2. The petition herein is dismissed and all pending motions and adversary proceedings in this case are moot and dismissed.

Dated: Nov 11, 2009

_____
United States Bankruptcy Judge

|    |    |
|----|----|
| 1  | Elizabeth Rojas, Chapter 13 Trustee |
|    | 15060 Ventura Blvd., Suite 240 |
| 2  | Sherman Oaks, CA 91403 |
|    | (818) 933-5700  Fax: (818) 933-5755 |
| 3  |    |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

IN RE:                                ) CHAPTER 13
                                      ) CASE NO. ND08-10067-RR
DEBBIE MOORE                          )
                                      )
                                      ) **PROOF OF SERVICE BY MAIL**
                                      )
            DEBTOR                    )
                                      )

PROOF OF SERVICE

I declare under penalty of perjury that I am over the age of eighteen years and not a party to the within entitled action. I am employed by Elizabeth Rojas, Chapter 13 Standing Trustee, 15060 Ventura Blvd., Suite 240, Sherman Oaks, CA 91403, and that on 11/2/2009 I served the following document(s): ORDER DISMISSING CHAPTER 13 PETITION DUE TO FAILURE OF DEBTOR TO SUBMIT TAX RETURNS on all parties in interest listed below, by placing a true copy thereof enclosed in a sealed envelope with postage theron fully prepaid, in the United States Mail addressed as follows:

DEBBIE MOORE                          KENNETH H J HENJUM
2232 NORTH H STREET                   1190 S VICTORIA AVENUE
OXNARD, CA 93036                      SUITE 207
                                      VENTURA, CA 93003

Ms. Jennifer Braun
Assistant United States Trustee
Department of Justice
21051 Warner Center Lane, #115
Woodland Hills, CA 93101-3101


Executed at Sherman Oaks, California on November 02, 2009.

*Gisele Dorsey* (signature)
_____
Gisele Dorsey

Case No. ND08-10067-RR